UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR          MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS               ORDER
LIABILITY LITIGATION

This Document Relates to:
Case No. 17-cv-4005 (*Antonio Salazar v. 3M Company and Arizant Healthcare, Inc.*)

In a Report and Recommendation dated January 16, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that Case No. 17-cv-4005 be dismissed with prejudice.  No objection has been filed.  Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 24].  Therefore, IT IS ORDERED THAT:

1.      Case No. 17-cv-4005 is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 5, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge